UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| CELLULAR SPECIALTIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK PERGAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:10-cv-00174-JL |

## CORPORATE DISCLOSURE STATEMENT - LOCAL RULE 7.5

NOW COMES the plaintiff, Cellular Specialties, Inc., by and through its attorneys, Devine, Millimet & Branch, Professional Association, and states as follows:

1. The plaintiff has no parent companies or merger agreements with publicly held corporations.

Respectfully submitted,

CELLULAR SPECIALTIES, INC.

By its attorneys,

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION

Date: May 5, 2010

By: /s/ Leigh S. Willey, Esquire
Paul C. Remus, Esquire (No. 2131)
Steven E. Grill, Esquire (No. 7896)
Leigh S. Willey, Esquire (No. 16193)
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
PRemus@DevineMillimet.com
SGrill@DevineMillimet.com
LWilley@DevineMillimet.com

J:\WDOX\DOCS\CLIENTS\020771\090278\M1613127.DOC