✎ AO 120 (Rev. 3/04)

| Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U S C § 290 and/or 15 U S C § 1116 you are hereby advised that a court action has been filed in the U S District Court for the District of NH on the following Patent(s)

| DOCKET NO<br>10-cv-174-JL | DATE FILED<br>May 5, 2010 | COURT NAME AND LOCATION **United States District Court,<br>55 Pleasant Street, Rm 110, Concord NH 03301-3941** |
|---|---|---|
| PLAINTIFF(S)<br>**Cellular Specialties, Inc.** | | DEFENDANT(S)<br>**Frank Pergal** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,623,826 B2 | 11/24/2009 | Frank Pergal |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED<br>5/4/2010 | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  7,623,826 B2 | 11/24/2009 | Frank Pergal |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|   |

| CLERK<br>**JAMES R. STARR** | (BY) DEPUTY CLERK<br>Ann Mulvee | DATE<br>5/5/2010 |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Director          Copy 3 - Upon termination of action, mail this copy to Director
Copy 2 - upon filing document adding patent(s), mail this copy to Director   Copy 4 - Case file copy