UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| CELLULAR SPECIALTIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK PERGAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:10-cv-00174-JL |

### NOTICE OF DISMISSAL

NOW COMES, the plaintiff, Cellular Specialties, Inc., by and through its attorneys, Devine, Millimet and Branch, Professional Association, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action, with prejudice as to the claims asserted, and without costs or fees to either party. All rights of appeal are expressly waived.

Respectfully submitted,

CELLULAR SPECIALTIES, INC.

By its attorneys,

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION

Date:  July 7, 2010                By:  /s/ Leigh S. Willey, Esquire_____
                                        Paul C. Remus, Esquire (No. 2131)
                                        Steven E. Grill, Esquire (No. 7896)
                                        Leigh S. Willey, Esquire (No. 16193)
                                        111 Amherst Street
                                        Manchester, NH 03101
                                        (603) 669-1000
                                        PRemus@DevineMillimet.com
                                        SGrill@DevineMillimet.com
                                        LWilley@DevineMillimet.com

## CERTIFICATE OF SERVICE

I, Leigh S. Willey, hereby certify that a copy of the foregoing was forwarded this 7th day of July, 2010 by U.S. mail, postage prepaid to Charles Cella, Esquire, GTC Law Group LLP & Affiliates, 400 Blue Hill Drive, Westwood, MA, 02090, counsel for the Defendant, Frank Pergal.

                                        /s/ Leigh S. Willey, Esquire_____
                                        Leigh S. Willey, Esquire

J:\WDOX\DOCS\CLIENTS\020771\090278\M1650182.DOC